NOT YET SCHEDULED FOR ORAL ARGUMENT

No. 25-7144

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

ELIZABETH BROKAMP,
APPELLEE,

V.

DISTRICT OF COLUMBIA,
APPELLANT.

ON APPEAL FROM A JUDGMENT OF THE
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**JOINT MOTION FOR AN EXTENSION OF THE BRIEFING SCHEDULE**

The brief of appellant the District of Columbia is currently due on October 26, 2026. The brief of appellee Elizabeth Brokamp is currently due on November 25. The parties jointly request a 45-day and 15-day extension, respectively, of the time to file their briefs, which would reset the briefing schedule as follows:

| | |
|---|---|
| Appellant's brief | December 10, 2026 |
| Appellee's brief | January 25, 2027 |
| Appellant's reply brief | February 15, 2027 |

There is good cause for the requested extension. The Office of the Solicitor General continues to have a heavy workload, and the undersigned is presently

engaged in the press of other matters in the D.C. Court of Appeals, including in *PChange, LLC v. MPD*, No. 23-AA-858 (oral argument October 6); *MP PPH, LLC v. District of Columbia*, No. 25-CV-1093 (brief due October 15 if extension request granted); and *Redman v. United States*, No. 25-CF-648 (brief due November 12 if extension request granted). Moreover, the undersigned's supervisor is also engaged in briefing in this Court in *Frederick Douglass Foundation, Inc. v. District of Columbia*, No. 26-7032 (brief due October 13).

In addition, counsel for appellee are also engaged in the press of other matters, including two cases with oral argument scheduled at the U.S. Supreme Court shortly before the current November 25 deadline. *See Hoffman v. WBI Energy Transmission, Inc.*, No. 25-159 (oral argument set for November 9); *U.S. Department of Labor v. Sun Valley Orchards, LLC*, No. 25-966 (oral argument set for November 10). The extension of appellant's deadline to December 10 also creates a conflict with counsel's pre-planned travel, further warranting a brief 15-day corresponding extension.

Additional time is therefore necessary for the completion of the briefs. Accordingly, this Court should extend the briefing schedule as described above.

Respectfully submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

CAROLINE S. VAN ZILE
Solicitor General

ASHWIN P. PHATAK
Principal Deputy Solicitor General

CARL J. SCHIFFERLE
Deputy Solicitor General

/s/ Marcella Coburn
MARCELLA COBURN
Assistant Attorney General
Bar Number 1616416
Office of the Solicitor General

Office of the Attorney General
400 6th Street, NW, Suite 8100
Washington, D.C. 20001
(202) 724-5693
marcella.coburn@dc.gov

*Counsel for Appellant*

s/ Robert E. Johnson
Robert E. Johnson
INSTITUTE FOR JUSTICE
16781 Chagrin Blvd. #256
Shaker Heights, OH 44120
Tel: (703) 682-9320
Fax: (703) 682-9321
Email: rjohnson@ij.org

Robert J. McNamara
INSTITUTE FOR JUSTICE

901 North Glebe Road, Suite 900
Arlington, Virginia 22203
Tel: (703) 682-9320
Fax: (703) 682-9321
Email: rmcnamara@ij.org

*Counsel for Appellee*

October 2026

## CERTIFICATE OF COMPLIANCE

I certify that this motion complies with the type-volume limitation in Federal Rule of Appellate Procedure 27(d)(1) because the motion contains 287 words, excluding exempted parts. This motion complies with the typeface and type style requirements of Federal Rule of Appellate Procedure 32(a)(5) and (6) because it has been prepared in a proportionally spaced typeface using Microsoft Word 365 in Times New Roman 14-point font.

/s/ Marcella Coburn
MARCELLA COBURN